# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHAMPION, WILLIAM C | § | Case No. 11-27668 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/25/2013 in Courtroom 644,
United States Courthouse
219 South Dearborn Street
Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner _____
                                                    Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                     §
                                           §
CHAMPION, WILLIAM C                        §         Case No. 11-27668
                                           §
              Debtor(s)                    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 70,000.00 |
| and approved disbursements of | $ | 41,712.33 |
| leaving a balance on hand of[1] | $ | 28,287.67 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 6,000.00 | $ 0.00 | $ 6,000.00 |
| Trustee Expenses: Phillip D. Levey | $ 52.95 | $ 0.00 | $ 52.95 |
| Attorney for Trustee Fees: PHILLIP D. LEVEY | $ 2,880.00 | $ 0.00 | $ 2,880.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 8,932.95 |
| Remaining Balance | $ | 19,354.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,192.35  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  76.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for | $          3,108.63 | $          0.00 | $          2,388.29 |
| 000002 | PYOD, LLC its successors and assigns as assignee | $            894.56 | $          0.00 | $            687.27 |
| 000003 | FIA CARD SERVICES, N.A. | $        13,979.59 | $          0.00 | $        10,740.21 |
| 000004 | Capital One Bank (USA), N.A. | $          2,168.23 | $          0.00 | $          1,665.80 |
| 000005 | Portfolio Recovery Associates, LLC | $          5,041.34 | $          0.00 | $          3,873.15 |

Total to be paid to timely general unsecured creditors          $              19,354.72

Remaining Balance          $                     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


Prepared By: /s/Phillip D. Levey _____
                          Trustee's Counsel


_Phillip D. Levey_
_2722 North Racine Avenue_
_Chicago, IL 60614_


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-27668-PSH
William C Champion                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton          Page 1 of 2          Date Rcvd: Jun 25, 2013
                              Form ID: pdf006          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2013.
db          +William C Champion,   13258 S. Riverdale,   Riverdale, IL 60827-1353
17501585    +Bank Of America,   Attn: Bankruptcy NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
19819651     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
17501588    +Capital One, N.a.,   Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
17501589    +Chgo Po Ecu,   10025 S Western,   Chicago, IL 60643-1925
19756245     FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
17501591    +Goodyearcbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
17501592    +Mrsi,   2250 E Devon Ave Ste 352,   Des Plaines, IL 60018-4521
17501594    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541)
17501593     Peoples Gas,   Attention: Alease Lawson,   Po Box 2562,   Tampa, FL 33601-2562
17501596    ++SOUTH CENTRAL BANK NATIONAL ASSOCIATION,   525 W ROOSEVELT RD,   CHICAGO IL 60607-4905
             (address filed with court: South Central Bank & Trust,   555 W. Roosevelt Rd.,
             Chicago, IL 60607)
17501598    +Wfnnb/value City Furn,   Attn: Bankruptcy,   Po Box 182686,   Columbus, OH 43218-2686

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17501586    +E-mail/Text: cmabankruptcy@nisource.com Jun 26 2013 02:04:47   Baystate Gas-brockton,
             Po Box 2025,   Springfield, MA 01102-2025
17501587    +E-mail/Text: bankruptcy@cavps.com Jun 26 2013 02:57:11   Calvary Portfolio Services,
             Attention: Bankruptcy Department,   500 Summit Lake Dr.,   Valhalla, NY 10595-1340
19752079    +E-mail/Text: resurgentbknotifications@resurgent.com Jun 26 2013 01:51:00
             PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
19711523     E-mail/Text: bnc-quantum@quantum3group.com Jun 26 2013 02:05:41
             Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
17501595    +E-mail/Text: SBONNEMA@ROGENT.COM Jun 26 2013 01:55:40   Rogers & Hol,   Po Box 879,
             Matteson, IL 60443-0879
17501597     E-mail/PDF: cbp@slfs.com Jun 26 2013 02:12:09   Springleaf Financial S,   3005 E 92nd St,
             Chicago, IL 60617
                                                                                        TOTAL: 6

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Gonsky, Baum & Whittaker, Ltd. (*GBW*)
20036987*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541)
17501590    ##+Citi Residential Lending,   PO Box 5926,   Carol Stream, IL 60197-5926
                                                                           TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 27, 2013**                    **Signature:**    _Joseph Speetjens_

District/off: 0752-1          User: ahamilton          Page 2 of 2          Date Rcvd: Jun 25, 2013
                             Form ID: pdf006          Total Noticed: 18

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2013 at the address(es) listed below:
          Alfredo J Garcia    on behalf of Debtor William C Champion notice@ledfordwu.com,
           courtnotice@ledfordwu.com;lwnotice@gmail.com
          George Michael Vogl, IV    on behalf of Debtor William C Champion notice@ledfordwu.com,
           courtnotice@ledfordwu.com;lwnotice@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
           plevey@ecf.epiqsystems.com
          Phillip D Levey, ESQ    levey47@hotmail.com,  plevey@ecf.epiqsystems.com
                                                                              TOTAL: 5