UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
CHAMPION, WILLIAM C                       §          Case No. 11-27668
                                          §
            Debtor(s)                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Phillip D. Levey_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WILLIAM C. CHAMPION |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | MSPRC NO-FAULT |  |  |  |  |  |
|  | CHRIST MEDICAL CENTER |  |  |  |  |  |
|  | FIRST RECOVERY GROUP, LLC |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| BAUM, DAVID N. | | | | | |
| BAUM, DAVID N. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Attn: Bankruptcy NC4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | | | | |
| | Baystate Gas-brockton Po Box 2025 Springfield, MA 01102 | | | | | |
| | Calvary Portfolio Services Attention: Bankruptcy Department 500 Summit Lake Dr. Valhalla, NY 10595 | | | | | |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chgo Po Ecu 10025 S Western Chicago, IL 60643 | | | | | |
| | Goodyearcbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Mrsi 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | | | | |
| | Peoples Gas Attention: Alease Lawson Po Box 2562 Tampa, FL 33601 | | | | | |
| | Portfolio Rc Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-27668    PSH    Judge: PAMELA S. HOLLIS | | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | CHAMPION, WILLIAM C | | | Date Filed (f) or Converted (c): | 07/01/11 (f) |
| | | | | 341(a) Meeting Date: | 08/05/11 |
| For Period Ending: 06/03/13 | | | | Claims Bar Date: | 02/15/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12358 S. RIVERDALE, CHICAGO, IL - SINGLE FAMILY HO | 72,900.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 30.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT AT MB FINANCIAL BANK | 60.00 | 0.00 | | 0.00 | FA |
| 4. BEDROOM SET | 500.00 | 0.00 | | 0.00 | FA |
| 5. MISC. HOUSEHOLD GOODS: SOFA, LOVESEAT, ENTERTAINME | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. FAMILY PICTURES, BOOKS, CDS, DVDS, ARTWORK (DEBTOR | 150.00 | 0.00 | | 0.00 | FA |
| 7. ORDINARY WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 8. 2 RINGS | 1,000.00 | 500.00 | | 0.00 | FA |
| 9. WEDDING RINGS, WATCH | 1,000.00 | 500.00 | | 0.00 | FA |
| 10. BICYCLE | 100.00 | 0.00 | | 0.00 | FA |
| 11. RETIREMENT ANNUITY CURRENTLY BEING RECEIVED MONTHL | 1,710.00 | 0.00 | | 0.00 | FA |
| 12. PERSONAL INJURY ACTION FROM AUTO ACCIDENT CASE, DE | 0.00 | 55,000.00 | | 70,000.00 | FA |
| 13. 1995 FORD WINDSTAR W/180,000 MILES | 1,000.00 | 1,000.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $79,750.00 | $57,000.00 | | $70,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/13          Current Projected Date of Final Report (TFR): 12/31/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.02d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-27668 -PSH | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | CHAMPION, WILLIAM C | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3109 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1905 | | | |
| For Period Ending: | 09/09/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/26/13 | | American Family Insurance Group | Personal Injury Settlement | | 69,381.02 | | 69,381.02 |
| | 12 | AMERICAN FAMILY INSURANCE GROUP | Memo Amount:         70,000.00 | 1142-000 | | | |
| | | | Personal Injury Settlement | | | | |
| | | MSPRC NO-FAULT | Memo Amount:    (       618.98 ) | 4210-000 | | | |
| | | | Medicare Lien | | | | |
| 03/04/13 | 010001 | WILLIAM C. CHAMPION | Exemption re Personal Injury Claim | 8100-000 | | 15,000.00 | 54,381.02 |
| | | 13258 S. RIVERDALE | Exemption re settlement of personal injury action in | | | | |
| | | RIVERDALE, IL  60827 | Champion v. Berryhill. | | | | |
| 03/04/13 | 010002 | David N. Baum | ATTORNEY FEES | 3210-000 | | 23,333.33 | 31,047.69 |
| | | Gonsky, Baum & Whittaker, Ltd. | Per Order dated 2013, attorney fees in Champion v. | | | | |
| | | 112 S. Sangamon | Berryhill. | | | | |
| | | 4th Floor | | | | | |
| | | Chicago, IL  60607 | | | | | |
| 03/07/13 | 010003 | International Sureties, Ltd. | Trustee's Bond | 2300-000 | | 26.16 | 31,021.53 |
| | | 701 Poydras St. | Blanket Bond Premium for 2/1/13 to 2/1/14. | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 31,011.53 |
| 03/13/13 | 010004 | David N. Baum | Special Counsel Expenses | 3220-000 | | 1,427.03 | 29,584.50 |
| | | Gonsky, Baum & Whitaker, Ltd. | Per Order dated 2013, attorney fees in Champion v. | | | | |
| | | 112 S. Sangamon - 4th Floor | Berryhill. | | | | |
| | | Chicago, IL  60607 | | | | | |
| 03/13/13 | 010005 | Christ Medical Center | Health Care Services Lien | 4220-000 | | 1,024.00 | 28,560.50 |
| | | c/o Medical Recovery Specialists, Inc. | Paid pursuant to Order dated February 7, 2013. | | | | |
| | | 2250 East Devon Avenue - Suite 352 | | | | | |
| | | Des Plaines, IL 60018 | | | | | |
| 03/13/13 | 010006 | First Recovery Group, LLC | Health Care Services Lien | 4220-000 | | 164.31 | 28,396.19 |
| | | Attn: Nancy Tokarz | Paid pursuant to Order dated February 7, 2013. | | | | |
| | | 26899 Northwestern Highway - Suite 250 | | | | | |
| | | Southfield, MI 48033 | | | | | |

Page Subtotals     69,381.02     40,984.83

Ver: 17.03

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| Case No: | 11-27668  -PSH | Trustee Name: | Phillip D. Levey |
| Case Name: | CHAMPION, WILLIAM C | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3109  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1905 | | |
| For Period Ending: | 09/09/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.76 | 28,328.43 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.76 | 28,287.67 |
| 08/04/13 | 010007 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL  60614 | Chapter 7 Compensation/Fees | 2100-000 | | 6,000.00 | 22,287.67 |
| 08/04/13 | 010008 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL  60614 | Chapter 7 Expenses | 2200-000 | | 52.95 | 22,234.72 |
| 08/04/13 | 010009 | PHILLIP D. LEVEY | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,880.00 | 19,354.72 |
| 08/04/13 | 010010 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000001, Payment 76.82773% (1-1) Unsecured Debt | 7100-000 | | 2,388.29 | 16,966.43 |
| 08/04/13 | 010011 | PYOD, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim 000002, Payment 76.82771% | 7100-000 | | 687.27 | 16,279.16 |
| 08/04/13 | 010012 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | Claim 000003, Payment 76.82779% | 7100-900 | | 10,740.21 | 5,538.95 |
| 08/04/13 | 010013 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000004, Payment 76.82764% | 7100-000 | | 1,665.80 | 3,873.15 |
| 08/04/13 | 010014 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Claim 000005, Payment 76.82779% | 7100-900 | | 3,873.15 | 0.00 |

| | | | Page Subtotals | | 0.00 | 28,396.19 | |

Ver: 17.03

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-27668  -PSH | |
| Case Name: | CHAMPION, WILLIAM C | |
| Taxpayer ID No: | *******1905 | |
| For Period Ending: | 09/09/13 | |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3109  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 70,000.00 | COLUMN TOTALS | 69,381.02 | 69,381.02 | 0.00 |
| Memo Allocation Disbursements: | 618.98 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 69,381.02 | 69,381.02 | |
| Memo Allocation Net: | 69,381.02 | Less: Payments to Debtors | | 15,000.00 | |
| | | Net | 69,381.02 | 54,381.02 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 70,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 618.98 | Checking Account (Non-Interest Earn - *******3109 | 69,381.02 | 54,381.02 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 69,381.02 | | 69,381.02 | 54,381.02 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            0.00

Ver: 17.03

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*